IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Leifel, Donald J

Printed: 11/20/07

Case Number: 04 B 19304
Judge: Wedoff, Eugene R
Filed: 5/17/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: November 2, 2007
Confirmed: July 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,330.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 1,936.81 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 243.19 |
| Other Funds: |  | 650.00 |
| Totals: | 5,330.00 | 5,330.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,500.00 | 2,500.00 |
| 2. | Capital One | Unsecured | 113.43 | 157.83 |
| 3. | Capital One | Unsecured | 780.20 | 1,085.57 |
| 4. | Resurgent Capital Services | Unsecured | 321.56 | 447.41 |
| 5. | ECast Settlement Corp | Unsecured | 176.80 | 246.00 |
| 6. | Capital One | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 3,891.99 | $ 4,436.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 10.83 |
| 6.5% | 35.24 |
| 3% | 6.03 |
| 5.5% | 34.05 |
| 5% | 10.26 |
| 4.8% | 19.67 |
| 5.4% | 127.11 |
|  | _____ |
|  | $ 243.19 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Leifel, Donald J

Printed:  11/20/07

Case Number:  04 B 19304
Judge:  Wedoff, Eugene R
Filed:  5/17/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_